CHALOS, O'CONNOR & DUFFY, LLP
Attorneys for Plaintiff
366 Main Street
Port Washington, New York 11050
Tel: (516) 767-3600 / Fax: (516) 767-3605
Eugene J. O'Connor (EO-9925)
Timothy Semenoro (TS-6847)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

STX PAN OCEAN CO., LTD.,

                Plaintiff,

    v.

SOURCE LINK SHIPPING CO., LTD.,

                Defendant.
------------------------------------------------------------X

07 CV 3632

**RULE 7.1 STATEMENT**

JUDGE SCHEINDLIN

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel of record for Plaintiff STX PAN OCEAN CO., LTD., certifies that there are no corporate parents, or related companies, which are publicly held in the United States.

Dated: Port Washington, New York
      May 4, 2007

                              CHALOS, O'CONNOR & DUFFY, LLP
                              Attorneys for Plaintiff

            By: _____
                              Eugene J. O'Connor (EO-9925)
                              Timothy Semenoro (TS-6847)
                              366 Main Street
                              Port Washington, New York 11050
                              Tel: (516) 767-3600 / Fax: (516) 767-3605