STATE DIVISION OF HUMAN RIGHTS
STATE OF NEW YORK : EXECUTIVE DEPARTMENT

| | |
|---|---|
| STATE DIVISION OF HUMAN RIGHTS on the Complaint of<br><br>RONALD HANSEN<br>                          Complainant<br>           v.<br><br>STATE OF NEW YORK; NEW YORK STATE DEPARTMENT OF CORRECTIONAL SERVICES SING SING CORRECTIONAL FACILITY, NEW YORK STATE, DEPARTMENT OF CORRECTIONAL SERVICES<br>                          Respondent | DETERMINATION AND ORDER AFTER INVESTIGATION<br><br>Case No. 10108571 |

Federal Charge No. 16GA600440

    On 11/1/2005, Ronald Hansen filed a verified complaint with the State Division of Human Rights charging the above-named respondent with an unlawful discriminatory practice relating to employment because of national origin, disability in violation of the Human Rights Law of the State of New York.

    After investigation, and following opportunity for review of related information and evidence by the named parties, the Division of Human Rights has determined that there is NO PROBABLE CAUSE to believe that the respondent has engaged in or is engaging in the unlawful discriminatory practice complained of. This determination is based on the following:

Complainant has not presented material facts that a reasonable and prudent person would believe based upon the investigative evidence that a violation of the Human Rights Law occurred. Complainant's own actions and his failure to comply with a direct order caused his situation and not any discriminatory animus on the part of the Respondent.

    The complaint is therefore ordered dismissed and the file is closed.

    PLEASE TAKE NOTICE that any party to this proceeding may appeal this Determination to the New York State Supreme Court in the County wherein the alleged unlawful discriminatory practice took place by filing directly with such court a Notice of Petition and Petition <u>within sixty (60) days after service of</u>

Determination: Dismissal No Probable Cause
SDHR Case No. 10108571
Ronald Hansen V. State Of New York; New York State Department Of Correctional Services Sing Sing Correctional Facility, New York State, Department Of Correctional Services

<u>this Determination</u>. A copy of this Notice and Petition must also be served on all parties including General Counsel, State Division of Human Rights, One Fordham Plaza, 4th Floor, Bronx, New York 10458. DO NOT FILE THE ORIGINAL NOTICE AND PETITION WITH THE STATE DIVISION OF HUMAN RIGHTS.

PLEASE TAKE FURTHER NOTICE that a complainant who seeks state judicial review and who receives an adverse decision therein, may lose his or her right to proceed subsequently in federal court by virtue of <u>Kremer v. Chemical Construction Co.</u>, 456 U.S. 461 (1982).

Your charge was also filed under Title VII of the Civil Rights Act of 1964. Your charge was also filed under the Americans with Disabilities Act (ADA). Enforcement of the aforementioned law(s) is the responsibility of the U.S. Equal Employment Opportunity Commission (EEOC). You have the right to request a review by EEOC of this action. To secure review, you must request it in writing, within 15 days of your receipt of this letter, by writing to EEOC, New York District Office, 33 Whitehall Street, 5th Floor, New York, New York 10004-2112. Otherwise, EEOC will generally adopt our action in your case.

Dated: 9/14/06
Peekskill, New York

STATE DIVISION OF HUMAN RIGHTS

By: _____
Margaret G. King
Regional Director