CHALOS, O'CONNOR & DUFFY, LLP
Attorneys for Plaintiff
366 Main Street
Port Washington, New York 11050
Tel: (516) 767-3600 / Fax: (516) 767-3605
Eugene J. O'Connor (EO-9925)
Timothy Semenoro (TS-6847)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

STX PAN OCEAN CO., LTD.,

                              Plaintiff,

                                                    07 CV 3632 (SAS)

        v.

                                                    **NOTICE OF VOLUNTARY**
SOURCE LINK SHIPPING CO., LTD.,                     **DISMISSAL AND ORDER**

                              Defendant.
-------------------------------------------------------------------X

        PLEASE TAKE NOTICE that the above-entitled action is hereby voluntarily dismissed

without prejudice by Plaintiff as to the named Defendant pursuant to Rule 41(a)(1) of the Rules

of Civil Procedure for the United States District Courts. No costs are to be assessed to any party.

        FURTHERMORE, all property, including assets, accounts, electronic fund transfers,

funds, etc., of Defendant SOURCE LINK SHIPPING CO., LTD., currently attached and held by

any and all garnishee banks pursuant to the Court's Order for Issuance of Process of Maritime

Attachment, dated May 9, 2007, and corresponding Process of Maritime Attachment and

Garnishment, including any Supplemental Process, are to be released and said attachments are

vacated.

Dated: Port Washington, New York
      July 9, 2008

                                             CHALOS, O'CONNOR & DUFFY
                                             Attorneys for Plaintiff

By:

                                             Eugene J. O'Connor (EO-9925)
                                             Timothy Semenoro (TS-6847)
                                             366 Main Street
                                             Port Washington, New York 11050
                                             Tel: 516-767-3600 / Fax: 516-767-3605

SO ORDERED:

Hon. Shira A. Scheindlin, U.S.D.J.    7/9/08

2